IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GILLIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-560-bbc

MICHAEL MEISNER, ANTHONY A.
ASHWORTH, GARY HAMBLIN and
DONALD MORGAN,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motions for judgment on the pleadings and summary judgment; denying plaintiff's motion for preliminary injunction; and dismissing this case.

_____     12/14/12
Peter Oppeneer, Clerk of Court      Date