IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN GILLIS,

    Plaintiff,

v.

MICHAEL MEISNER, ANTHONY A.
ASHWORTH, GARY HAMBLIN and
DONALD MORGAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-560-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motions for judgment on the pleadings and summary judgment; denying plaintiff's motion for preliminary injunction; and dismissing this case.

_____   _____
Peter Oppeneer, Clerk of Court              Date  12/14/12